SCHNEIDER et al., Appellants, v. GOLDFINGER, Respondent. (Supreme Court, Appellate Division, First Department. March 7, 1913.) Action by Jacob Schneider and another

against Emil Goldfinger. A. B. Church, of New York City, for appellants. S. Fingerhut, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 139 N. Y. Supp. 1143.